COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|   |   |   |
|---|---|---|
| | § | |
| | § | No. 08-12-00199-CV |
| IN RE: PANAGIS P. MOSCHOPOULOS, | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relator. | § | |
| | § | |

# MEMORANDUM OPINION

Mr. Panagis P. Moschopoulos, Relator, has filed a petition seeking mandamus relief from an order denying Relator's motion for summary judgment issued by the Honorable Susan Larsen, Judge of the 383rd District Court, presiding by assignment. In his petition for writ of mandamus, Relator asserts that the trial court erred in denying summary-judgment relief because the trial court is without jurisdiction to alter the final property division in a divorce decree and because the property division set forth in the divorce decree does not constitute child-support payments or excess child-support payments subject to recoupment under Section 154.012 of the Texas Family Code. TEX. FAM. CODE ANN. § 154.012 (West 2008).

To be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate that there is no adequate remedy by appeal. *Id.* at 135-36. Based on the petition and on the record before us, we conclude that Relator has not demonstrated his entitlement to mandamus relief. Accordingly, the petition is denied. *See* TEX. R. APP. P. 52.8(a).

GUADALUPE RIVERA, Justice

August 22, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.